**Maxie Leon COX, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

Anthony M. Wilhoit, David E. Murrell, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

---

**Henry SWANAGAN, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

Anthony M. Wilhoit, William C. Ayer, Jr., Frankfort, for appellant.

Ed Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

---

**George E. MOORE, Appellant,**

**v.**

**Carrie L. MOORE, Adm'x, etc., Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

John M. Dixon, Jr., Turner & Dixon, Hopkinsville, for appellant.

James E. Higgins, Higgins & Higgins, Hopkinsville, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

---

**Steven Douglas BOTTO, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

James T. Kelley, Elizabethtown, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.